# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

## APPEARANCE

**UNITED STATES OF AMERICA**

    Plaintiff,

v.                                **CASE NUMBER: 1:15-CR-1**
                                       **1:18-CV-232-HAB**

**EDUARDO MARTINEZ,**

    Defendant.

To the Clerk of this Court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Eduardo Martinez.

June 4, 2019
*Date*

                                       Respectfully Submitted,

                                       Northern District of Indiana Federal
                                       Federal Community Defenders, Inc.

                                       By:     s/ Thomas N. O'Malley
                                                 Thomas N. O'Malley
                                                 1300 S. Harrison St., Suite 1101
                                                 Fort Wayne, Indiana 46802
                                                 Phone: (260) 422-9940
                                                 Fax: (260) 422-9954

## CERTIFICATE OF SERVICE

    I hereby certify that, on 6/4/2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                                                          s/ Thomas N. O'Malley